UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: LEGGETT, CATHY L | § Case No. 09-73632 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 26, 2009. The undersigned trustee was appointed on October 28, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        23,002.53

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $     23,002.53 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,053.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,053.79, for a total compensation of $2,053.79. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2010          By:/s/STEPHEN G. BALSLEY
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-73632
Case Name: LEGGETT, CATHY L

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 08/26/09 (f)
§341(a) Meeting Date: 10/01/09
Claims Bar Date: 01/07/10

Period Ending: 05/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | hangHomestead, DF-X230 West McKinleyStreet, PWat | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U. S. Currency Residence | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account #xx5926 | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 4 | 003 Credit Union 2937 IL 60507 | 114.96 | 0.00 | DA | 0.00 | FA |
| 5 | TVs x 2, surround sound, pianao, couch, chairs x | 1,265.00 | 0.00 | DA | 0.00 | FA |
| 6 | Various Wall Decor | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | CDs Debtor's Residence | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous Clothing Debtor's Residence | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding Ring Debtor's Residence | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Treadmill | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | ow & Arrow set Residence | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Debt from Ex-husband for PropertySettlement from | 51,000.00 | 25,000.00 | DA | 23,000.00 | FA |
| 13 | 2006 Ford Taurus and accessories. Residence | 7,200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.53 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | $212,004.96 | $25,000.00 | | $23,002.53 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 1, 2010       **Current Projected Date Of Final Report (TFR):**    May 3, 2010 (Actual)

Printed: 05/21/2010 12:50 PM    V.12.08

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73632 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LEGGETT, CATHY L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****18-65 - Money Market Account |
| Taxpayer ID #: | **-***2259 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/17/10 | {12} | Barry Leggett | Debt from ex-husband for property settlement from divorce. | 1129-000 | 23,000.00 | | 23,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 23,000.25 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 23,001.28 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 23,001.43 |
| 04/06/10 | | Wire out to BNYM account 9200******1865 | Wire out to BNYM account 9200******1865 | 9999-000 | -23,001.43 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -23,001.43 | 0.00 | |
| **Subtotal** | 23,001.43 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$23,001.43** | **$0.00** | |

{} Asset reference(s)                                                                                  Printed: 05/21/2010 12:50 PM   V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  09-73632  
Case Name:    LEGGETT, CATHY L

Taxpayer ID #:  **-***2259  
Period Ending:  05/21/10

Trustee:        STEPHEN G. BALSLEY (330410)  
Bank Name:      The Bank of New York Mellon  
Account:        9200-******18-65 - Money Market Account  
Blanket Bond:   $1,500,000.00  (per case limit)  
Separate Bond:  N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | 9999-000 | 23,001.43 | | 23,001.43 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.10 | | 23,002.53 |
| | | | ACCOUNT TOTALS | | 23,002.53 | 0.00 | $23,002.53 |
| | | | Less: Bank Transfers | | 23,001.43 | 0.00 | |
| | | | Subtotal | | 1.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.10 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****18-65 | 23,001.43 | 0.00 | 0.00 |
| MMA # 9200-******18-65 | 1.10 | 0.00 | 23,002.53 |
| | $23,002.53 | $0.00 | $23,002.53 |

{} Asset reference(s)                                        Printed: 05/21/2010 12:50 PM    V.12.08

Printed  05/21/10 12:50 PM

# Claims Distribution Register

Page: 1

### Case: 09-73632  LEGGETT, CATHY L

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 10/16/09 | 100 | Earthmover Credit Union<br>Attn. Steve<br>POB 2937<br>Aurora, IL 60507<br>\<4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\><br>Claim No. 2 is allowed as a secured claim, but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate | 9,000.75 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | Priority 100:   0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/21/09 | 200 | U S. Bankruptcy Court<br>211 South Court Street<br>Rockford, IL 61101<br>\<3120-00  Attorney for Trustee Expenses (Trustee Firm)\><br>Adversary Complaint filed against Barry D. Leggett. Adversary Fee Deferred. | 0.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | 08/26/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>\<3110-00  Attorney for Trustee Fees (Trustee Firm)\> | 3,360.00 | 3,360.00 | 0.00 | 3,360.00 | 3,360.00 |
| | 08/26/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>\<2100-00  Trustee Compensation\><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 13037.89] | 2,053.79 | 2,053.79 | 0.00 | 2,053.79 | 2,053.79 |
| | | | Total for Priority 200:   100% Paid | $5,413.79 | $5,663.79 | $0.00 | $5,663.79 | $5,663.79 |
| | | | Total for Admin Ch. 7 Claims: | $5,413.79 | $5,663.79 | $0.00 | $5,663.79 | $5,663.79 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 10/16/09 | 610 | Earthmover Credit Unioin<br>Attn: Steve<br>P.O.Box 2937<br>Aurora, IL 60507<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Attn: Steve<br>P.O.Box 2937<br>Aurora, IL 60507<br>------------------------------------------------------------- * * * | 1,798.87 | 1,798.87 | 0.00 | 1,798.87 | 1,798.87 |
| 3 | 11/01/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>\<7100-00  General Unsecured § 726(a)(2)\><br>PO Box 15145<br>Wilmington, DE 198505145<br>------------------------------------------------------------- * * * | 5,552.27 | 5,552.27 | 0.00 | 5,552.27 | 5,552.27 |
| | | | Total for Priority 610:   100% Paid | $7,351.14 | $7,351.14 | $0.00 | $7,351.14 | $7,351.14 |

(\*) Denotes objection to Amount Filed

Printed: 05/21/10 12:50 PM

## Claims Distribution Register

Page: 2

### Case: 09-73632   LEGGETT, CATHY L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1I | 10/16/09 | 640 | Earthmover Credit Unioin<br>Attn: Steve<br>P.O.Box 2937<br>Aurora, IL 60507<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 5.62 | 5.62 | 0.00 | 5.62 | 5.62 |
| 3I | 11/01/09 | 640 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 17.34 | 17.34 | 0.00 | 17.34 | 17.34 |
| | | | **Total for Priority 640:   100% Paid** | **$22.96** | **$22.96** | **$0.00** | **$22.96** | **$22.96** |
| SURPLUS | 08/26/09 | 650 | LEGGETT, CATHY L<br>230 WEST MCKINLEY STREET<br>WATERMAN, IL 60556<br><8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 9,964.64 | 9,964.64 | 0.00 | 9,964.64 | 9,964.64 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$17,338.74** | **$17,338.74** | **$0.00** | **$17,338.74** | **$17,338.74** |
| | | | **Total for Case :** | **$31,753.28** | **$23,002.53** | **$0.00** | **$23,002.53** | **$23,002.53** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73632
Case Name: LEGGETT, CATHY L
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                              *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 2,053.79 | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 3,360.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | U.S. Bankruptcy Court | $ | $ 250.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,351.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Earthmover Credit Union | $ 1,798.87 | $ 1,798.87 |
| 11 | Earthmover Credit Union | $ 5.62 | $ 5.62 |
| 3 | Chase Bank USA, N.A. | $ 5,552.27 | $ 5,552.27 |
| 31 | Chase Bank USA, N.A. | $ 17.34 | $ 17.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                             N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $9,964.64.

**UST Form 101-7-TFR (9/1/2009)**