UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LEGGETT, CATHY L | § | Case No. 09-73632 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/09/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By: /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Jul 08, 2010
Case: 09-73632                Form ID: pdf006             Total Noticed: 12

The following entities were noticed by first class mail on Jul 10, 2010.
db           +Cathy L Leggett,    230 West McKinley Street,    Waterman, IL 60556-9776
aty          +Richard H. Schmack,    Law Office of Richard Schmack,    584 West State Street,
               Sycamore, IL 60178-1328
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14366341      Chase,   P.O.Box 15298,    Wilmington, DE 19850-5298
14674457      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14366342      Citi Bank,    P.O.Box 57117,    Sioux Falls, SD 57117
14366343     +Earth Mover Credit Union Visa,    P.O.Box 2937,    Aurora, IL 60507-2937
14366344     +Earthmover Credit Unioin,    Attn: Steve,    P.O.Box 2937,    Aurora, IL 60507-2937
14595171     +Earthmover Credit Union,    Attn: Steve,    POB 2937,   Aurora, IL 60507-2937
14366345     +Nelson Funeral Homes,    410 East Countryside Parkway,    Yorkville, IL 60560-1861
14366346     +Pierce & Associates,    Suite 1300,   1 North Dearborn,    Chicago, IL 60602-4373
14366347      Wells Fargo Home Mortgage,    P.O.Box 10335,    Des Moines, IA 50306-0335

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**          **Signature:** _Joseph Speetjens_