**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LEGGETT, CATHY L | § | Case No. 09-73632 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $212,004.96 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $7,382.07 | Claims Discharged Without Payment: $14,530.80 |
| Total Expenses of Administration: $5,663.79 | |

3) Total gross receipts of $ 23,006.98 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 9,961.12 (see **Exhibit 2**), yielded net receipts of $13,045.86 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $154,940.18 | $9,000.75 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,413.79 | 5,663.79 | 5,663.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,992.16 | 7,382.07 | 7,382.07 | 7,382.07 |
| TOTAL DISBURSEMENTS | $176,932.34 | $21,796.61 | $13,045.86 | $13,045.86 |

4) This case was originally filed under Chapter 7 on August 26, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2010 By: /s/STEPHEN G. BALSLEY
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Debt from Ex-husband for PropertySettlement from | 1129-000 | 23,000.00 |
| Interest Income | 1270-000 | 6.98 |
| **TOTAL GROSS RECEIPTS** | | $23,006.98 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEGGETT, CATHY L | Dividend paid 100.00% on $9,961.12; Claim# SURPLUS; Filed: $9,961.12; Reference: | 8200-000 | 9,961.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $9,961.12 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Earthmover Credit Union | 4110-000 | 9,592.18 | 9,000.75 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | 4110-000 | 145,348.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $154,940.18 | $9,000.75 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,053.79 | 2,053.79 | 2,053.79 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,360.00 | 3,360.00 | 3,360.00 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 0.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,413.79 | 5,663.79 | 5,663.79 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Earthmover Credit Unioin | 7100-000 | 1,909.09 | 1,798.87 | 1,798.87 | 1,798.87 |
| Earthmover Credit Unioin | 7990-000 | N/A | 7.57 | 7.57 | 7.57 |
| Chase Bank USA, N.A. | 7100-000 | 5,552.27 | 5,552.27 | 5,552.27 | 5,552.27 |

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7990-000 | N/A | 23.36 | 23.36 | 23.36 |
| Nelson Funeral Homes | 7100-000 | 5,067.45 | N/A | N/A | 0.00 |
| Citi Bank | 7100-000 | 9,463.35 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 21,992.16 | 7,382.07 | 7,382.07 | 7,382.07 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73632
**Case Name:** LEGGETT, CATHY L
**Period Ending:** 11/18/10

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 08/26/09 (f)
**§341(a) Meeting Date:** 10/01/09
**Claims Bar Date:** 01/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | hangHomestead, DF-X230 West McKinleyStreet, PWat | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | U. S. Currency Residence | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account #xx5926 | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 4 | 003 Credit Union 2937 IL 60507 | 114.96 | 0.00 | DA | 0.00 | FA |
| 5 | TVs x 2, surround sound, pianao, couch, chairs x | 1,265.00 | 0.00 | DA | 0.00 | FA |
| 6 | Various Wall Decor | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | CDs Debtor's Residence | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous Clothing Debtor's Residence | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding Ring Debtor's Residence | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Treadmill | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | ow & Arrow set Residence | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Debt from Ex-husband for PropertySettlement from | 51,000.00 | 25,000.00 | DA | 23,000.00 | FA |
| 13 | 2006 Ford Taurus and accessories. Residence | 7,200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.98 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$212,004.96** | **$25,000.00** | | **$23,006.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 1, 2010 **Current Projected Date Of Final Report (TFR):** May 21, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73632
**Case Name:** LEGGETT, CATHY L

**Taxpayer ID #:** **-***2259
**Period Ending:** 11/18/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****18-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/10 | {12} | Barry Leggett | Debt from ex-husband for property settlement from divorce. | 1129-000 | 23,000.00 | | 23,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 23,000.25 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.03 | | 23,001.28 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 23,001.43 |
| 04/06/10 | | Wire out to BNYM account 9200******1865 | Wire out to BNYM account 9200******1865 | 9999-000 | -23,001.43 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | -23,001.43 | 0.00 | |
| **Subtotal** | **23,001.43** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$23,001.43** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 09-73632
**Case Name:** LEGGETT, CATHY L

**Taxpayer ID #:** **-***2259
**Period Ending:** 11/18/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | 9999-000 | 23,001.43 | | 23,001.43 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.10 | | 23,002.53 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.37 | | 23,003.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.32 | | 23,005.22 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.37 | | 23,006.59 |
| 08/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.39 | | 23,006.98 |
| 08/10/10 | | To Account #9200******1866 | transfer to close money market | 9999-000 | | 23,006.98 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **23,006.98** | **23,006.98** | **$0.00** |
| Less: Bank Transfers | 23,001.43 | 23,006.98 | |
| **Subtotal** | **5.55** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5.55** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 09-73632
**Case Name:** LEGGETT, CATHY L

**Taxpayer ID #:** **-***2259
**Period Ending:** 11/18/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******18-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/10 | | From Account #9200******1865 | transfer to close money market | 9999-000 | 23,006.98 | | 23,006.98 |
| 08/10/10 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 22,756.98 |
| 08/10/10 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,360.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,360.00 | 19,396.98 |
| 08/10/10 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,053.79, Trustee Compensation; Reference: | 2100-000 | | 2,053.79 | 17,343.19 |
| 08/10/10 | 104 | Earthmover Credit Unioin | Dividend paid 100.00% on $1,798.87; Claim# 1; Filed: $1,798.87; Reference: | 7100-000 | | 1,798.87 | 15,544.32 |
| 08/10/10 | 105 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5,552.27; Claim# 3; Filed: $5,552.27; Reference: | 7100-000 | | 5,552.27 | 9,992.05 |
| 08/10/10 | 106 | Earthmover Credit Unioin | Dividend paid 100.00% on $7.57; Claim# 1I; Filed: $7.57; Reference: | 7990-000 | | 7.57 | 9,984.48 |
| 08/10/10 | 107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $23.36; Claim# 3I; Filed: $23.36; Reference: | 7990-000 | | 23.36 | 9,961.12 |
| 08/10/10 | 108 | LEGGETT, CATHY L | Dividend paid 100.00% on $9,961.12; Claim# SURPLUS; Filed: $9,961.12; Reference: | 8200-000 | | 9,961.12 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **23,006.98** | **23,006.98** | **$0.00** |
| Less: Bank Transfers | 23,006.98 | 0.00 | |
| **Subtotal** | **0.00** | **23,006.98** | |
| Less: Payments to Debtors | | 9,961.12 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,045.86** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****18-65** | **23,001.43** | **0.00** | **0.00** |
| **MMA # 9200-******18-65** | **5.55** | **0.00** | **0.00** |
| **Checking # 9200-******18-66** | **0.00** | **13,045.86** | **0.00** |
| | **$23,006.98** | **$13,045.86** | **$0.00** |

{} Asset reference(s)